```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 17-01126-RNO
Katie Nicole Trout                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: admin        Page 1 of 1        Date Rcvd: Jul 03, 2017
                            Form ID: fnldecac   Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2017.
db              Katie Nicole Trout,    1870 Baltimore Pike,    Gettysburg, PA  17325-7005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
            James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
            James P Sheppard    on behalf of Debtor Katie Nicole Trout jamespsheppard@comcast.net,
             dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
            Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
             pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Katie Nicole Trout
aka Katie N. Trout
1870 Baltimore Pike
Gettysburg, PA 17325−7005

Chapter 7
Case No. 1:17−bk−01126−RNO

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−7138

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT

Dated: June 30, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk